IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

ROBERT W. LEE, DBA LEE, GOBER
& REYNA,

    Plaintiff,

CASE NO.:  1:17-cv-1082

-vs-

PRUDENT PUBLISHING CO. INC. DBA.
THE GALLERY COLLECTION,

    Defendant.

_____

## NOTICE OF PENDING SETTLEMENT AND REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE

1.    On November 15, 2017, Robert Lee dba Lee, Gober & Reyna filed this suit alleging violations of the Telephone Consumer Protection Act against Prudent Publishing Co. Inc. dba The Gallery Collection (Prudent).

2.    This case settled and the settlement document has been edited and agreed upon by all parties.  This settlement agreement is being signed by both parties, including the company in New Jersey, and Plaintiff will be dismissing this matter upon receipt of all signatures.

    //

    //

Respectfully submitted,

_____
Amy E. Clark
Texas Bar #: 24043761
Amy Clark Law
223 W Anderson Ln St B508
Austin, Texas 78752
Tele: 512.850.5290
amy@amyclarklaw.com
Attorney for Plaintiff

Certificate of Service

This Notice is being filed via the ECF system as well as being sent via email to counsel for Defendant, Scott Christie at SChristie@mccarter.com.

Amy E. Clark